**Order entered August 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00108-CV

**CHARLES R. ALLEN AND JULIE L. ALLEN, Appellants**

**V.**

**STATE FARM LLOYDS, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-02015-B**

## ORDER

We **GRANT** appellees' August 4, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **SEPTEMBER 21, 2016**. No further extension will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE